BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>BRENDA RUIZ TOVAR,<br><br>              Defendant, | CASE NO.  1:14-CR-00162-AWI-BAM<br><br>STIPULATION TO VACATE STATUS HEARING AND SET FOR CHANGE OF PLEA HEARING; EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

   Plaintiff United States of America, by and through its counsel of record BENJAMIN B. WAGNER, United States Attorney and LAUREL J. MONTOYA, Assistant U.S. Attorney, and defendant by and through his counsel of record, MARINA GONZALES, hereby stipulate as follows:

   1.   By previous order, this matter was set for status conference hearing September 28, 2015 at 1:00 p.m. before the Hon. Barbara A. McAuliffe;

   2.   By this stipulation, the parties move to vacate the status hearing and set the matter for a change of plea hearing before the Hon. Anthony W. Ishii on October 5, 2015 at 10:00 a.m., or at a time convenient to the court, and to exclude time between September 28, 2015 and October 5, 2015 under 18 U.S.C. § 3161(h)(1)(E) and (h)(7)(A) and (B)(iv).

   3.   The parties agree and stipulate, and request that the Court find the following:

       a.   The defendant has signed a plea agreement;

Tovar Stipulation and Proposed Order

1

      b.    Additional time is needed for the entry of the plea and finalizing all documents related to the entry of the plea;

      c.    The parties have agreed to the date of October 5, 2015 at 10:00 a.m. for the entry of the plea;

      d.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 28, 2015 to October 5, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(E) and (h)(7)(A) and (B)(iv) because the ends of justice is served by granting the continuance and outweigh the best interests of the public and the defendant in a speedy trial, assures continuity of counsel, and gives the defense and government a reasonable time for effective preparation exercising due diligence.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:  September 4, 2015                         /s/ Laurel J. Montoya
                                                      LAUREL J. MONTOYA
                                                      Assistant United States Attorney

DATED:  September 4, 2015                         /s/ Marina Gonzales
                                                     MARINA GONZALES
                                                     Attorney for Defendant B. Tovar

O R D E R

IT IS SO FOUND AND ORDERED that the STATUS CONFERENCE HEARING is vacated and the change of plea hearing is set for October 5, 2015 at 10:00 a.m. and time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(E) and (h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   September 4, 2015                                                 _____
                                                                SENIOR  DISTRICT  JUDGE