1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHARLES LEE, Bar # 221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5

6  Counsel for Defendant
   BRENDA TOVAR-RUIZ
7

8                 IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            ) Case No.  1:14-cr-00162-DAD-BAM-3
                                          )
12 |         *Plaintiff,*                 ) APPLICATION AND ORDER TO
                                          ) EXONERATE DEED OF TRUST WITH
13 |    vs.                               ) ASSIGNMENT OF RENT AND TO
                                          ) RECONVEY TITLE OF REAL PROPERTY
14 | BRENDA TOVAR-RUIZ,                   )
                                          )
15 |         *Defendant.*                 )
                                          )
16 | _____      )

17        Defendant, Brenda Tovar-Ruiz, hereby requests that this court order the exoneration of

18 the $100,000 Deed of Trust with Assignment of Rents currently on file with the Fresno County

19 Recorder as Document # 2014-0086026.

20        On July 23, 2014, a $100,000 bond was ordered in the above-captioned matter by United

21 States Magistrate Judge Sandra M. Snyder, (U.S. v. Brenda *Ruiz-Tovar*, 1:14-mj-00123 SAB) to

22 be secured by the property of Jose Jaime Haro-Gomez.  On August 4, 2014, a Deed of Trust with

23 Assignment of Rents in the amount of $100,000 was filed with the Fresno County Recorder as

24 Document # 2014-0086026 on the property of Jose Jaime Haro-Gomez.  On August 7, 2014, a

25 certified copy of the Deed of Trust and the original Straight Note were received by the Clerk of

26 the United States District Court and filed on the docket of U.S. v. Brenda *Tovar-Ruiz*, 1:14-cr-

27 00162 DAD-BAM.  (Please take note that the last name of the defendant was *reversed* in the

28 District Court case.)  On January 14, 2016, Defendant Brenda Tovar-Ruiz appeared before United

                                            1

1  States District Court Judge Anthony W. Ishii, and was sentenced to 36 months imprisonment
2  (Exhibit A). Brenda Tovar-Ruiz is currently serving this sentence at Dublin FCI in the custody of
3  the Bureau of Prisons (Exhibit B). Therefore, since Defendant Brenda Tovar-Ruiz has satisfied
4  the conditions of pretrial release in the Eastern District of California, she requests that the Deed of
5  Trust (Document # 2014-0086026) now on file with the Fresno County Recorder, be exonerated
6  and title of the real property described therein be reconveyed to Jose Jaime Haro-Gomez.

                                     Respectfully submitted,

                                     HEATHER E. WILLIAMS
                                     Federal Defender

Dated: March 21, 2016          /s/ *Charles Lee*
                                   CHARLES LEE
                                   Attorney for Defendant,
                                   BRENDA TOVAR-RUIZ

**ORDER**

    IT IS HEREBY ORDERED that the Deed of Trust with Assignment of Rents filed on August 4, 2014 with the Fresno County Recorder as Document #2014-0086026 be exonerated and that title to the property described therein be reconveyed to Jose Jaime Haro-Gomez.

IT IS SO ORDERED.

Dated:   **March 22, 2016**                   /s/ Dale A. Drozd
                                              UNITED STATES DISTRICT JUDGE